Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JAN 30 AM 11:45

DEPUTY CLERK ___M___

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Orlando Gutierrez
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Texas Mutual Ins. William Thompkins
_____
Defendant(s)   (See Attached)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3-18CV-238-K
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants

TDI Workers Compensation Division Names
Insurance Carrier Nikenya Rodney, Benefit Review
Conference Officer Brenna Arredondo

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Orlando M. Gutierrez
Address: 204 Evergreen Circle
City: Georgetown   State: TX   Zip Code: 78626
County: Williamson County
Telephone Number: (512) 763-6756
E-Mail Address: orlandomgutierrez2016@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: William Thompkins III
Job or Title (if known): Adjuster Insurance Agent (Workers Comp)
Address:
City:   State:   Zip Code:
County:
Telephone Number: (512) 505-6119
E-Mail Address (if known): WThompkins@texasmutual.com
☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**
Name: Nikenya Rodney
Job or Title (if known): Insurance Carrier
Address:
City:   State: TX   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☑ Official capacity

Page 2 of 6

Defendant No. 3
    Name: Brenna Arrabondo
    Job or Title (if known): BKC Officer
    Address:
        City: _____ State: TX Zip Code: _____
    County:
    Telephone Number:
    E-Mail Address (if known):

    ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
    Name:
    Job or Title (if known):
    Address:
        City: _____ State: _____ Zip Code: _____
    County:
    Telephone Number:
    E-Mail Address (if known):

    ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   ☐ Federal officials (a *Bivens* claim)
   ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Cruel and Unusual Punishment,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

depriving of my Civil Rights and Conspiring

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

at Doctor Appts., scheduled calls and emails, benefit conference, Emails received, phone calls, hearing to reinstate benefits

B. What date and approximate time did the events giving rise to your claim(s) occur?

11/1/2016, 1/12/2017, 11/2/2016 Continously by Conspiring

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Violated Civil rights, misrepresentation, fraud, mental torcher, mental anguish, lying continously, Adjuster William Thompkins prolonged, lied and did not do proper procedures on receiving my requirements to continue workers compensation benefits, TDI officials at Reinstate Benefit Conference, conspired as well with ooooo claims above as well, Names - Nikenya Rodney, Bronna Arrobondo (See Attached Sheet)

Page 4 of 6

C.

People that were affected and witnessed what happened? Dr. Quevalt, Jason Fuller of Texas Spine + Rehabilitation, James Green PT, DPT of Texas Physical Therapy

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

visits to ~~psycho~~ therapist, over the counter medications for psychological harm, mental torcher, mental anguish due to loss of sleep, ~~&~~ anxiety, no medical treatment to recover from main injury that started benefits, more ~~the pa~~ physical therapy later to recover. Austin State Hospital stay for symptoms from humiliation, intimidation, diminishing sense of identity, dignity, physical abuse.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm asking for recovery of benefits loss for the I was suppose to be in recovery from injury, which was documented by Doctor for nine sessions or eleven sessions that could last six weeks (weekly benefit amount $270.00), more covered medical costs to continue therapy which is unknown due to this type of prolonged harassment and ~~all~~ misrepresentation, Gas reimbursed for all scheduled trips after being mislead, Jason Fuller Seton Brain + Spine 9 trips (sessions) 252 miles at 55¢ a mile = $138.60, WestGate 4532 Blvd. 11 trips (sessions) 418 miles at .55¢ mile = $229.90, Benefit Conference Meeting ~~one~~ at Howard Ln. 4616 STE 130 40 miles $22.00 Other costs times (2) for wey back Home which is $277.20 $449.80 Last one is 12221 North Medical Center Mopac Expy. 60 miles = $33.00 (see attached sheet to V.)

Other trips for medications, over the counter meds, trips to therapist, did not plan suit, so no proof for these damages asking $500.00. Humiliation, Psychological Harm, Prolongement, Harassment, Mental Anguish, No Medical Treatment for Pain and Suffering, intimidation, Time for recovery due to everything mention for mental abuse, because leads to loss of wages from no employment or ability to function for daily tasks towards education and more common sense, Conspiring to violate civil rights Asking 10,000,000 million dollars (Also violating Constitutional Rights)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/21/18

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Orlando M. Gutierrez

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        City    State    Zip Code
Telephone Number: _____
E-mail Address: _____

Orlando M. Gutierrez
204 Evergreen Circle
Georgetown TX 78626

JAN 30 2018

United States District Court
1100 Commerce Street Room 1452
Dallas Texas 75242