RECEIVED
JUN 1 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# United States District Court
# For The Western District Of Texas

**Plaintiff:** Orlando M. Gutierrez

v.

**Defendant:** Texas Mutual Insurance

**FILED**
JUN 1 - 2018
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**CASE NUMBER:** A-18-CV-257-LY-ML

**JUDGE:** Lee Yeakel

## NOTICE OF APPEAL

Notice is hereby given that __Orlando Gutierrez__ (Appellant's Name) appeals to the United States Court of Appeals for the Fifth Circuit from the

__Order__
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on __5/28/18__ (Date)

Date __5/29/18__

**Attorney/Pro Se Litigant Signature:** [signature]

**Print Name:** Orlando Gutierrez
**Address:** 204 Evergreen Circle
**City, State, Zip:** Georgetown, Texas 78626
**Telephone:** (512) 677-1526    orlandomgutierrez2016@gmail.com



Orlanda Gutierrez
204 Evergreen Circle
Georgetown Texas 78626

SCREENED BY CSI
JUN 1 2018

United States District Court
Western District of Texas
501 West 5th Street Ste. 1100
Austin Texas 78701