RECEIVED
JUN 4 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States District Court
For The Western District Of Texas

FILED
JUN 4 - 2018
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Orlando Gutierrez §
Plaintiff §
§
v. §  A-18-CV-257-LY-ML
§  Civil/Criminal Action No.
Texas Mutual Insurance §
Defendant §

## RETURN/DISPOSITION OF EXHIBITS

**RETURN OF EXHIBITS:**

The offering party, Orlando Gutierrez, has requested the return of the exhibits noted below. The clerk has determined that the case has reached final disposition or the presiding judge has entered an order authorizing the return of exhibits prior to final disposition.

Description of Exhibit(s):

Forms sent as exhibits numbered orderly

A signature may be required by the presiding judge to claim exhibits. If a signature is required, please acknowledge your receipt of the items described.

Signature: [signed]          Date: 5/25/18

**DISPOSITION OF EXHIBITS** (This section is for internal use only and is to be completed by the courtroom deputy prior to this form's entry on the docket.):

Status of Admitted Exhibits:

Although exhibits have been returned as indicated above, another party's exhibits remain in the custody of the clerk.

With the claim of the exhibit(s) as indicated above, no exhibits remain in the custody of the clerk.

Under LR 79.2 or LCrR 55.2, the clerk has destroyed unclaimed exhibits.

Orlando Cuturno
264 Georgian Circle
Georgetown Texas 78626

United States District Court
Western District Court of T SCREENED BY CSO
501 West 5th Street Ste 1100  JUN 04 2018
Austin, Texas 78701

78701-382207