IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ORLANDO GUTIERREZ, | § | |
|           PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-257-LY |
| | § | |
| TEXAS MUTUAL INSURANCE ET AL., | § | |
|           DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this same date, the court dismissed Plaintiff Orlando Gutierrez's complaint with prejudice as frivolous. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the cause is hereby **CLOSED**.

SIGNED this _____ day of June, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE